**Order entered March 4, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00016-CV

**JAMES DAVID HORTON, ET AL., Appellants**

**V.**

**SUSAN MCMILLION MARTIN, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11551**

## ORDER

Appellants tendered briefs to this Court on February 27, 2015 and March 2, 2015. Appellants filed motions for extension of time to file their briefs on February 18, 2015 and March 2, 2015. We **GRANT** appellants' March 2, 2015 motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellants on March 2, 2015 filed as of the date of this order. Appellants' March 2, 2015 brief will be the brief before this Court. We **DENY** as moot appellants' February 18, 2015 motion for an extension of time to file a brief.

Appellees' brief is due **TWENTY DAYS** from the date of this order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE